# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| AUBREY ANN COY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 3:17-cv-241 |
| | ) |
| KOSCIUSKO COUNTY, KOSCIUSKO | ) |
| COUNTY SHERIFF'S DEPARTMENT | ) |
| JAIL, and KOSCIUSKO COUNTY | ) |
| JUSTICE SYSTEM, | ) |
| | ) |
| Defendants. | ) |

## OPINION AND ORDER

Aubrey Ann Coy, a *pro se* plaintiff, has filed a complaint and a petition for leave to proceed *in forma pauperis*. (DE 1; DE 2.) Before allowing the case to proceed, I must review the complaint under 28 U.S.C. § 1915(e)(2)(B)(I) and dismiss it if the action is frivolous or malicious. Ms. Coy's complaint makes the following allegations:

> I was incarcerated during October 2014-May 2014 & was held in a holding cell up front in the Jail. An unseen electrical current continuously went through me & a wicked light of some sort shocked me very hard. These unseen voices kept telling me there is No Death[.] Then they said I was Brutally Raped & Lived Through it while they were shocking me. A Burning Substance went through my body, A Bunch of Singing Went up through my body[.] During all this & There is much more that happened in that cell they had (the mysterious voices around me said I was going to get married[.] The electricity Was so harsh I continuously had to go to the bathroom. I have heard from Jail ministry that men & women are raped in IRAQ or IRAN to get married & this happened to me. No one would help & they left me that cell. I witnessed numerous men being abused and going through some sort of force unseen that was causing them to masturbate uncontrollably[.] a guard (A huge guard) robbed ahold of this poor (little boy) And slammed his head into the cement. *Note -

> I will state - I do not now where this wicked power or electricity of sort is coming from...But this is where the worst of it happened...So I am Not 100% Saying They are <u>fully</u> responsible... Something else is Going on[.] Another white male was uncontrollably shaking like I was and I could tell he was under something similar to me. The Jail Commander said he was there for alcohol. They gave him No Blanket. Another Black male was So under something similar to me but had sweat & white stuff all over him & he could hardly Breath. They fed us with 2 meals of Bologna & small bowl of Cereal. I was also ganged up on in population several times. They Still threaten to arrest me if I say anything or don't pay child support that is inaccurate.

(DE 1 at 2-3.)

I note with great regret that Ms. Coy appears to be suffering from some sort of delusions. The Seventh Circuit has stated that complaints that appear to be the product of delusions can be dismissed. *See Gladney v. Pendleton Corr. Facility*, 302 F.3d 773, 774 (7th Cir. 2002); *see also Felton v. City of Chicago*, 827 F.3d 632, 635 (7th Cir. 2016) (stating that allegations are frivolous if they are "clearly baseless," "fanciful," "fantastic," "delusional," "irrational," or "wholly incredible") (citation omitted). Unfortunately, Ms. Coy's claims fall into this category.

Accordingly, this case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(I), and the motion to proceed *in forma pauperis* (DE 2) is **DENIED.**

**SO ORDERED.**

ENTERED: May 15, 2017.

s/ Philip P. Simon<br>
JUDGE, UNITED STATES DISTRICT COURT